United States Courts
Southern District of Texas
FILED

MAY 15 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
STUART LYNN, et al., Ray Kerlick and Shea Krauskopf Plaintiffs,
v.
Jessica Miller Ibey, Defendant
Case No. 4:25-cv-05402

REQUEST FOR REFERRAL OF CRIMINAL CHARGES AGAINST STUART ALLEN LYNN AND HIS NETWORK FOR KIDNAPPING AND ATTEMPTED MURDER

Dear Judge Ganjei,

The FBI told my Husband and I to report everything to you, the Judge Ganjei, about our surveillance, the deception which led to kidnapping with intent to kill us.
OUR KIDNAPPERS Captured us on deception and fear, pretending to be our rescuers and claiming that they were in direct contact with Tom Hamon from ICE.

WHEN IN FACT, THEY ARE BUSINESS PARTNERS, EMPLOYED OR FUNDED/BACKED/AFFILIATES OF STUART LYNN ON THEIR WEBSITE BY STUART LYNNS OWN COMPANY FENIX INTERNET FORMED IN THE UK, NOT FILED WITH THE SEC, WORKING WITH PETER THIEL FROM PLANITAR AND STORING THEIR FUNDS IN A PRIVATE VAULT CALLED GUARDIAN PRECISION IN BAY CITY WITH BELOW GROUND LEVEL FACILITIES.
ALAN GOETSCH IS LISTED ONLINE IN MULTIPLE ARTICLES WHERE HE HAS FRAUDED PEOPLE IN SIMILAR MANNERS OF BEING A FAKE RETIRED SPECIAL OPS GUY. HE IS A FELON AND NOT ALLOWED TO HAVE GUNS BUT HAD A SMALL ARSENAL IN FREDERICKSBURG. ALAN IS EMPLOYED BY MULTIPLE PARTIES HERE NOT JUST MANTLE GROUP BUT ALSO CONNECTED TO DR. ROSE AND AN EMPLOYEE OF STUARTS COMPANY FENIX INTERNET.

See CIA article on Alan Goetsch (exhibit A)
Cabin they took us to after KIDNAPPING BY LURING/DECEPTION/instilling fear for Lives GPS COORDINATES IN LLANO COUNTY (exhibit B).
FURTHERMORE, the owner of the cabins they took us to under false pretense and deception are owned by a plastic surgeon, James K Rose, in Corpus Christi that also has business ties with Stuart A Lynn via Stuart A Lynn investment. Alan said Rose's father worked for the CIA and held high level assets and he wanted to follow in his Fathers footsteps providing a place for the same. James K Rose was sent to the Cayman Islands to avoid being linked to this kidnapping and had we not escaped murder.
Ricky Phillips who has communicated with Jessica (EXHIBIT E) and his group of men claiming to want to stop child trafficking never mentioned his company has on their website Stuart's company as an Investor/ Partner. ( mantleservicegroup.com)

Before Jessica Miller-Ibey and her husband escaped, Alan Goetsch handed an assault gun to "Mike" (exhibit D) they called him and said "GIVE IT TO HER" and he walked to his truck with a gun wrapped in a towel.

Jessica Miller-Ibey knew time was short and Alan had not seen her husband close by. They decided to trick the man by telling him they were going to take a short drive

This man knew that Jessica Miller-Ibey and her husband did not have a fob to the gate, but in fear for their lives, her husband had already prepared for this.

The man they call Mike took the gun and magazine and walked in the house as if to prepare it for use and Jessica and her husband ran to the vehicle and took off and he quickly opened the gate that they had not planned he could figure out how to open.

Jessica and her husband took the phone that they were given started beeping and it was Jimmy. He calls himself from the mantle group but actually his name is Ricki and he is the president of the mantle group.. he tried to get Jessica and her husband to return to the cabins trying to instill fear that these 68 men hunting her were now tracking the her vehicle. Jessica's husband pulled over and pulled the fuse out so that the GPS of the vehicle would not work.

Text messages were sent to the other girl that they said was on the kill list named Kaitlin, after Jessica blocked any contact from the mantle group. Caitlin sent these messages to Jessica where they stated judge Maher had ordered the murder of Jessica. Previously they had told Jessica that Stuart A Lynn had ordered the murder of Jessica. Ricky Phillips, President of the Mantle Service group also stated, "she is going to get everyone around her killed.."

PHOTOS OF MEN STUART HIRED VIA MANTLEGROUP WHO LURED UNDER DECEPTION JESSICA AND HER HUSBAND TO DR ROSES CABIN IN FREDERICKSBURG, their Signal Names and text message start date after Jessica filed in Federal Court : EXHIBIT F

Alan Goetsch has a background in the CIA, and James Rose's Father worked for the CIA, and they are still enacting military style operations on Rose's property.

When held at this Cabin with threats if we left we would be hunted and killed by 68 men....they actually used that exact number, stating they were retired special forces hired as mercenary teams by Stuart Allen Lynn and Judge Maher, and people in the CIA to kill Jessica Miller Ibey, Kaitlin Ross and Rachel McClain because they blew the whistle.

Tunnels were recently made public in Matagorda County as well as documents and blueprints of a school in Palacios, Texas, built by Halliburton that has three levels below and tunnels.

Alan Goetsch and his MANTLEGROUP team involved 5 men that used fake names but their real names are Ricky Phillips, Ron Clark (around February Ron backed out of the communications with Jessica and Ricky said he is no longer a part of this)

A man that goes by Buddy Holley, we believe to be Stephen Crow, the brother of Bay City Manager, Scotty Jones.

Peter Thiel was involved in the communications they were showing Jessica stating to "fire up the choppers" and remove everything from GUARDIAN PRECISION above ground only in Bay City, Texas, which is in essence Stuart A Lynn's vault, Clar is a company that provides virtual tour software. Stewart a Lynn is involved with planetary through his company, Phoenix Internet, limit limited, which has a business connection with planar. Our founder, Andril Tiukov, has a business connection with Stuart Lynn..

STUART A LYNN IS A SENIOR SOFTWARE ENGINEER, WHOSE BUSINESS PARTNER IS JAMES B ALBERS, WHO IS PRESIDENT OF GUARDIAN PRECISION LLC AND WORKS WITH FENIX TO PROCESS AND STORE PROCEEDS FROM FENIX, THAT IS FORMED IN THE UK AND IT HAS NOT FILED WITH THE SEC.

JAMES ALBERS GUILTY TO MONEY LAUNDERING IN 2008 AND WAS SENTENCED TO 46 MONTHS IN PRISON SOUTHERN DISTRICT COURT OF TEXAS CASE NUMBER 4:07-cr-00256.

Fenix internet Ltd connect to BONTERRA/Salsalabs through Stuart A Lynn, Through a shared business partner name Brian Hauf. Donations to various NGO's, Black Lives Matter and act blue or processed through Bonterra and then Fenix Internet limited. Guardian precision is described as private vault or depository.

Fenix internet Ltd. is registered in the UK, it's listed as a foreign corporation in California, but it is not registered with the SEC.

Operating a foreign corporation in the US without proper registration is illegal. THERE IS AN ACTIVE COURT CASE OCCURRING RIGHT NOW IN CALIFORNIA ACCUSING STUART'S COMPANY OF RICO AND FRAUD.

Alan Goetsch has a judgment of 7,700,000 that was reduced to $4,000,095.898 due to duplicative damages. The case is gauche versus West Coast property management LLC at all case number 37–2017–00047811–CU–BC–CTL.

Stuart Lynn tries hard to hide his name but Et Al's have their paper trails and no one can hide from these direct ties of

THE MANTLEGROUP, STUART A LYNN, JUDGE MAHER, ALAN GOETSCH, THE BROTHERs OF BAY CITY MANAGER STEPHEN AND JOHN CROW, RICKY PHILLIPS, JUDGE MAHER TIES IN THROUGH JAMES K, ROSE, AND ALAN GOETSCH HE WAS INVOLVED IN A CASE RELATED TO THEM AND IT IS ALSO IN TEXT MESSAGE THAT HE ORDERED THE HIT ON JESSICA MILLER-IBEY. (Exhibit e)

James K Rose has appeared in Mahers court.

Alan Goetsch told Jessica Miller Ibey that Dr Rose specializes in changing peoples faces and ears so that they cannot be recognized for who they are. He stated that many people from all around the world come to him to disguise their identity from airport cameras.

The criminal involvement, the guns and cabin location as well as the involvement of Stuart Lynn, Also this is to inform you that the owner of Cabin we were taken to and told if we leave we will be hunted and killed by 68 men, is owned by Dr James Keith Rose who has ties to Stuart A. Lynn Investments,

Secondly the man named Allen Goetsch who the CIA and FBI are aware of as a Felon not allowed to have guns, is an imposter (exhibit A) and a man that goes by Buddy Holley (exhibit B) but real name we believe to be Stephen Crow, who is a facial match for game warden and brother of Bay City Manager named Scotty Jones (female) held us under deceptive means and with an open ended threat that a team of Jedi and ex seal team 6 men were hired mercenaries will kill us if we leave cabin.

They were tracking and listening to our phones without permission or warrant and say so in their messages to us.

They accessed gps in our vehicle as well.

All have direct financial business dealings and ties to Stuart A Lynn including but not limited to lawsuits, court cases, investments ties to Enerkem, Felix Internet Ltd, Stuart A Lynn investments, as Investors or participants in communications with MANTLEGROUP.

A team of men who approached me right after I filed in Federal Court claiming to be retired special Ops guys investigating "this child trafficking network" they said. They claimed to be working with Tom Homan but we have discovered this to be a deception to gain our trust and make us feel secure.

They told us they were getting comms that we would be killed by Stuart's Men, and that Judge Maher also ordered a hit on the life (exhibit C) of myself, Jessica Miller-Ibey.

Specifically Ricky said that "she is going to get everyone around her killed." (Also exhibit C)

Attached are additional proof that Stuart A Lynn ordered the kidnapping and murder of Jessica, as before we escaped cabin, Alan Goetsch handed an assault rifle to the man in blue and told him "give it to her."

Alan then left with a gun wrapped in a towel.

It was by our quick thinking and playing a trick on the man in blue we escaped. I set my bags on the porch and said "please do not let your dogs pee on my bags, we will be right back, I just need to clear my head."

He, the man in blue took the gun inside as the magazine was out of it, to put it together Jessica believes and kill her as he had just told her that there was no winning against Stuart A Lynn that I exposed him and he is angry and has taken this personally.

ALAN GOETSCH HAD PURCHASED A MARSH BOARD AND HAD Jessica Miller-Ibey PUT ALL OF her RESEARCH ONTO IT (EXHIBIT G) Jessica would like to make clear to the court. This is her research only but they wanted to extract what she knew and possibly shared with others.

BEFORE JESSICA REALIZED WHO THESE PEOPLE ARE AND THAT THEY ARE WORKING FOR STUART.

THEY LIED AND TOLD JESSICA THEY WANTED TO ASSIST IN BRINGING DOWN A CHILD TRAFFICKING NARCO TRAFFICKING NETWORK AND GETTING THE CHILDREN RESCUED.

THEY WANTED TO KNOW HOW MUCH JESSICA MILLER-IBEY KNEW AND AFTER SHE PUT RESEARCH ON THE BOARD, THE MAN CALLED "MIKE "TOLD HER THAT ALL OF HER INFORMATION WAS SHOWN TO A RETIRED OF 30 YEARS CIA AGENT WHO WAS A FEMALE. MIKE STATED HOW TRUE HER RESEARCH WAS AND TOLD JESSICA, " NOW IMAGINE HOW DANGEROUS AND POWERFUL STUART A LYNN IS. YOU CANNOT ESCAPE THIS."

He said "you've taken the blue bill and EXITED the matrix." The man who claimed his his name was Mike drove a rental vehicle. (exhibit J) he claimed he owned a country music dance Company in Oklahoma and had driven in specifically to psychologically analyze Jessica and handle the situation.

This statement was a red flag to Jessica because in her research she recognized his face and this comment from his instagram page after Richard Wolfe submitted the photo as evidence.(Exhibit Z)

Jessica and her Husband quickly grabbed bags and ran, took off and surprised them that my husband had already pre-prepared the gate being able to be opened without a fob,. They

instantly started contacting us telling us that they were getting comms our vehicle was being tracked and we needed to return. That's when my husband pulled fuse out of our vehicle gps and we made circles the whole way home to make sure we were not being followed.
Text Message stating judge Maher ordered her murder EXHIBIT K.

MORE "comms" to terrorize Jessica making her think her friends who are whsiktblowers are being killed and to terrorize her to stay at Cabin, deceiving Jessica who from the fact these men worked for Stuart Lynn. (Exhibit L)

Text messages showing soon after Jessica Miller Ibey brought case to Federal court the MANTLEGROUP reached out via signal. (exhibit M)

We have submitted this information and want charges pressed against this entire group involved. I also wrote the lawyers what their client did and they never contacted law enforcement so they are complicit in hiding their clients crime as well.

The FBI told Jessica Miller-Ibey's Husband to be sure that you, Judge Ganjei see and hear all of this so it is being submitted into Case with a repeat request for restraining order and request for referral for Criminal charges to be place upon Stuart A Lynn and his group he hired to kidnap and murder Jessica Miller-Ibey.
Attached is a photo of a video Jessica made while in cabin and although they told her to keep her phone off she turned it on and posted video because she feared she was going to be murdered with her husband and she wanted her Mom to know what happened to her so she posted it on Instagram.(Exhibit N) Alan quickly got angry as well as the people sending comms ( Exhibit O)
(Exhibit P) red headed man much younger that was at cabin named "Mike" that Richard Wolfe had previously submitted photo of to Ray Kerlick and Shea Krauskopf.

Mantle group told Jessica Miller-Ibey three women who are whistleblowers, MANTLEGROUP said were on a kill list. (Rachel, Jessica and Kaitlin) ordered by Stuart Allen Lynn and Judge Maher and Ratcliffe head of the CIA.

Real identity of "Mike" is Dave Johnson RAY KERLICK IS PARTNERS WITH DAVE JOHNSON. Ray Kerlick is Stuart's lawyer in this case.

They are listed as co-owners on a document in the Nueces County Clerk's office.
Their business is called Texas Specialized Investigations. Showing Ray Kerlick was directly involved with our kidnapping and attempted murder.
Their website is davejohnsoninvestigations.com.
(Exhibit Q)

Cabin and coordinates of kidnapping (Exhibit R)
Ice raid on or near land Stuart leases or owns  (Exhibit S)
Linda Coello Rosenthal- Yani Rosenthal Aunt w Maduro (exhibit T)

*J Miller Ibey*     May 13, 2026

May 13, 2026

Jessica Miller-Ibey